LOGAN et al. v. WHEALEN et al. (Circuit Court of Appeals, Eighth Circuit. December 7, 1901.) No. 1,579. Appeal from the District Court of the United States for the District of Colorado. A. W. Rucker, Halsted L. Ritter, Kyle Rucker, Ford W. Thompson, and William B. Thompson, for appellants. Michael J. Bartley, for appellees. Dismissed, with costs, on motion of appellees, pursuant to rule 23.

---

LUCAS v. BOARD OF COM'RS OF LAKE COUNTY. (Circuit Court of Appeals, Eighth Circuit. December 16, 1901.) No. 1,528. In Error to the Circuit Court of the United States for the District of Colorado. Willard Teller, Thomas M. Patterson, Edmund F. Richardson, and Horace N. Hawkins, for plaintiff in error. C. Cavender, C. S. Thomas, W. H. Bryant, H. H. Lee, and H. B. Johnson, for defendant in error. Order of submission set aside, and writ of error dismissed, with costs, per stipulation.

---

In re MOREHEAD. (Circuit Court of Appeals, Second Circuit. December 19, 1901.) Petition for Revision of Proceedings of the District Court of the United States for the Southern District of New York, in Bankruptcy. John W. Ingram, for petitioner. Louis Sturcke, for respondent. Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.

PER CURIAM. Order reversed in open court.

---

NEW YORK ASBESTOS MFG. CO. v. AMBLER ASBESTOS AIR–CELL COVERING CO. et al. (Circuit Court of Appeals, Third Circuit. December 26, 1901.) Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. Henry Schreiter and Edwin H. Brown, for appellant. Henry N. Paul and Joseph C. Fraley, for appellees. Before ACHESON and DALLAS, Circuit Judges, and KIRKPATRICK, District Judge.

DALLAS, Circuit Judge. The able arguments, oral and printed, which have been addressed to this court on behalf of the appellant, have had our attentive consideration, but have not convinced us that the conclusion reached by the circuit court in this case was erroneous. The opinion which was filed by the learned judge of that court (103 Fed. 316) amply justified his dismissal of the bill of complaint, and upon that opinion the decree is affirmed.